**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BRUCE LEIBENSPERGER, | : | No. 756 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| CARPENTER TECHNOLOGIES, INC. T/A | : | |
| CARPENTER TECHNOLOGY CORP., | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.